IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                                Case No. 2:25-cr-00155

Anicleto Olvera-Sanchez

## Order of Recusal

The undersigned hereby recuses himself from this case and instructs that it be redrawn.

Date: September 11, 2025                         s/ James L. Graham
                                                                            James L. Graham
                                                                          United States District Judge